UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA P. WEAL
407 KNELLS ROAD
CHESAPEAKE, VA 23320

      Plaintiff,

  v.

MIKE JOHANNS
SECRETARY OF AGRICULTURE
1400 INDEPENDENCE AVENUE, SW
WASHINGTON, DC 20250

      Defendant.

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This cause of action is founded on the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e-16 and the Age Discrimination in Employment Act, 29 U.S.C. §633a.  This Court has jurisdiction over this matter under 42 U.S.C. §2000e-16 and 29 U.S.C. §633a.

2.  Plaintiff is an adult citizen of the United States and a resident of the state of Virginia.  At all times material to this complaint, plaintiff was employed  with defendant in Washington, D.C. She is an African-American female and her date of birth is January 9, 1951. She was employed with the defendant as a budget analyst.

3.  Defendant is the head of a federal agency with its principal place of business in Washington, DC.  He is sued in his official capacity.

4.  Plaintiff was employed by the  defendant's agency for almost 20 years. She is now retired. Her performance with the defendant's agency was always satisfactory or better.

5. Plaintiff filed an administrative complaint with her agency claiming non-promotion to grade 11 based upon her race and age. Plaintiff requested promotion to grade 11 from her supervisor in October 2001 but was told to come back in a year. Plaintiff relied on the representation from her supervisor in not seeing an EEO counselor at that time. Plaintiff was not aware that she only had 45 days to see an EEO counselor because no notices of that deadline were posted in her work area. Plaintiff eventually saw an EEO counselor in June of 2003 after getting evasive replies from her supervisor about her promotion to grade 11 until June 2003. Plaintiff was qualified for a non-competitive promotion to grade 11 based upon her performance before 2005 after one year in grade as a grade 9 but she was not promoted to grade 11 until 2005.

6. Plaintiff has exhausted all administrative remedies with respect to Title VII and the Age Discrimination in Employment Act for the non-selection for promotion. This action was filed within 90 days of plaintiff's receipt of the final decision of the Equal Employment Opportunity Commission on her administrative complaint.

7. Said violations of Title VII and the Age Discrimination in Employment Act were and have been willful on the part of defendant.

8. Defendant did not act in good faith and did not have reasonable grounds for believing that no violation of Title VII or the Age Discrimination in Employment Act was occurring.

9. As a direct and proximate result of defendant's intentional discrimination, plaintiff has suffered and will continue to suffer embarrassment, humiliation, emotional distress and other special and general damages.

WHEREFORE, plaintiff prays that this Court, after a jury trial de novo on all issues as required by law, enter a declaratory judgment that the practices complained herein are unlawful

and in violation of Title VII of the 1964 Civil Rights Act, as amended, and the Age Discrimination in Employment Act, and that the Court permanently enjoin the defendant, his agents, successors, employees, attorneys and those acting in concert with them, from engaging in each of the unlawful practices, policies, customs and usages set forth herein and from continuing any and all other practices shown to be in violation of this law.  Plaintiff further prays that the Court order defendant to promote plaintiff to the pay and grade level that she would have been enjoying but for the discriminatory practices of defendant and that the Court compensate and make whole plaintiff for all earnings and other benefits which she would have received but for the discriminatory practices of defendant.  Plaintiff further prays that the Court and/or jury award such damages under Title VII as are proper, including, but not limited to, compensatory damages.  Plaintiff further prays that this Court award plaintiff the costs and disbursements of this action, including reasonable attorney's fees.  Plaintiff further prays that the Court grant such other relief as may be just and proper.

_____

Joel P.  Bennett
D.C. Bar no.  145227
Law Offices of Joel P.  Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970
202-625-1973-fax

Attorney for plaintiff

Page

3

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

_____

Joel P.  Bennett

06-1830
H
GK

CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

| I (a) PLAINTIFFS | DEFENDANTS *MIKE JOHANNS* |
|---|---|
| *LINDA P. WERR* | *SECRETARY OF AGRICULTURE* |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *86006*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*JOEL P. BENNETT*
1208 *Eton Court*
Washington, DC *20016*    *202-625-1970*

CASE NUMBER   1:06CV01830

JUDGE: Gladys Kessler

DECK TYPE: Employment Discrimination

DATE STAMP: 10/25/2006

**JURY ACTION**

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. General Civil (Other) OR | ☐ F. Pro Se General Civil | | |
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act) |

| ☐ **G.** *Habeas Corpus/2255* | ☒ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title VII + ADEA; 42 USC § 2000e-16; 29 USC § 633A

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 10/25/06    SIGNATURE OF ATTORNEY OF RECORD    *[signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.