UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA P. WEAL | ) |
| | ) |
|     Plaintiff, | )  Civil Action No.: 06-1830 (GK) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, SECRETARY | ) |
| U.S. Department of Agriculture | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for defendant in the above-captioned case.

      /s/
MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C.  20530
202-514-7139