IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LINDA P. WEAL,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 06-1830 (GK)
                                        )
MIKE JOHANNS,                           )
SECRETARY OF AGRICULTURE,               )
                                        )
                Defendant.              )
_____   )

**JOINT RULE 16.3 REPORT**

        The parties have conferred in accordance with Local Civil Rule 16.3(c).  Accordingly,

the parties file the following report:

        Joint Statement of the Case: This is an employment discrimination case regarding a

career-ladder non-promotion.  Plaintiff alleges that she was denied promotion to the GS-11 grade

despite being qualified for the promotion.  Defendant's position is that Plaintiff failed to timely

contact an EEO officer and that she was denied the promotion for a legitimate, non-

discriminatory reason.

        Statement of Jurisdiction: Title VII of the Civil Rights Act of 1964, as amended, 42

U.S.C. § 2000e-16 and the Age Discrimination in Employment Act, 29 U.S.C. § 633a.

1.  Dispositive Motions: Plaintiff does not expect to file a dispositive pleading.  Defense counsel

believes that after discovery, a dispositive motion may be appropriate.

2. Joinder/Amendment/Narrowing: The parties do not anticipate the necessity to join third

parties or to amend the pleadings.

3. Assignment To Magistrate Judge: Defendant does not consent to assignment of this case to a

magistrate judge for all purposes at this time.  Plaintiff would consent to assignment of this case to a magistrate judge for all purposes.

4. Settlement Possibility: Plaintiff is open to settlement discussions at any time.  Defendant believes settlement discussions should occur after initial discovery has been completed.

5. Alternative Dispute Procedures: Plaintiff is amenable to mediation with a magistrate judge at any time.  Defendant is amenable to mediation or ADR at some point after there has been some discovery in this matter.

6.  Dispositive Motions: Plaintiff does not believe that this case can be resolved by dispositive motion.  Defendant's position is that after discovery, a dispositive motion may be filed. Defendant suggests that any post-discovery dispositive motion should be filed within 30 days after the close of discovery.  The parties agree to abide by the local rules regarding the timing of any opposition(s) and/or replies.

7. Initial Disclosures: The parties agree that initial disclosures can be dispensed with in this matter.

8.  Discovery: The parties believe that 120 days is sufficient for discovery.  The parties agree to abide by the Federal Rules of Civil Procedure and the local rules of this Court regarding the limits of discovery.  The parties do not believe that a protective order is necessary at this time, although it may be necessary for the parties to subsequently seek one.

9.  Experts: The parties do not anticipate the need for expert testimony, although their positions may change during the course of discovery in this case.

10. Class Action Procedures:  Not applicable.

11. Bifurcation of Discovery or Trial: The parties do not see any need for bifurcation at this time.

12. Proposed Date For The Pretrial Conference: The parties believe that a pretrial conference

should be set within 60 days following the close of discovery, or if a dispositive motion is filed,

within 60 days following the ruling on such motion.

13. Trial Date: Should a trial be necessary in this case, the parties propose that the date should be

set at the pretrial conference.

14. Other Matters: None.

Respectfully submitted,

    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

    /s/ Joel P. Bennett
JOEL P. BENNET, D.C. BAR # 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
LINDA P. WEAL,                                )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )      Civil Action No. 06-1830 (GK)
                                              )
MIKE JOHANNS,                                 )
SECRETARY OF AGRICULTURE,                     )
                                              )
            Defendant.                        )
_____)

### PROPOSED INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Rule 16.3 Report and the entire record

herein, it is this _____ day of _____, 2007 hereby,

ORDERED that the parties shall abide by the following dates, deadlines and limitations:


Close of all discovery:                120 days from the date of this Order.

Deadline for filing dispositive motions:   30 days after close of discovery.

Pretrial Conference:                   60 days after discovery closes or 60 days
                                       after the Court rules on post-discovery
                                       dispositive motions.




IT IS SO ORDERED.


Date: _____        _____
                                   GLADYS KESSLER
                                   UNITED STATES DISTRICT JUDGE