IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA P. WEAL** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1830 (GK) |
| ) | |
| v. ) | |
| ) | |
| **MIKE JOHANNS, SECRETARY** ) | |
| U.S. Department of Agriculture ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION TO REFER THIS CASE TO MEDIATION AND STAY DISCOVERY

Defendant, Mike Johanns, Secretary, United States Department of Agriculture, and Plaintiff, Linda Weal, hereby file their Joint Motion to Refer this Case to Mediation and Stay Discovery so that the parties may attempt to resolve this dispute. In support of this motion, the parties state the following:

1.  Plaintiff filed her complaint in this Court on October 25, 2006. In her complaint, Plaintiff alleges claims for discrimination on the basis of age and race based upon her non-promotion to the GS-15 level.

2.  On December 22, 2006, Defendant filed a motion to dismiss Plaintiff's complaint. The basis of this motion was Defendant's argument that Plaintiff failed to exhaust her administrative remedies concerning her non-promotion claim. Plaintiff opposed Defendant's motion. Defendant's motion is currently ripe and is awaiting a ruling by the Court.

3.  At the initial status conference, the Court directed Defendant to answer the complaint. Defendant filed his answer on February 12, 2007. Discovery is scheduled to close in this matter on June 1, 2007. To date, the parties have exchanged written discovery and have scheduled depositions to occur later this month.

4.     The parties attended a status conference before the Court on May 8, 2007, at which time the parties indicated that Plaintiff had recently made a settlement demand. The Court indicated that a referral to mediation would be permissible, if the parties wanted to pursue settlement discussions.

5.     Because the parties would like to further pursue settlement discussions, with the assistance of a mediator, they are requesting that the Court refer this matter to mediation and stay discovery so that the parties do not spend additional resources at this time completing discovery. The parties jointly request that this matter be referred to Magistrate Judge Kay for mediation.

6.     In the event the parties are unable to resolve this matter, they ask that discovery be extended for a period of 30 days after the completion of mediation so that the scheduled depositions can be taken and any further issues regarding discovery can be resolved.

7.     A proposed Order accompanies this motion.

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

/s/ Joel P. Bennett
JOEL P. BENNETT, D.C. BAR # 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA P. WEAL**  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> **MIKE JOHANNS, SECRETARY**  ) <br> U.S. Department of Agriculture  ) <br>  ) <br> Defendant.  ) <br>  ) | Civil Action No.: 06-1830 (GK) |

## ORDER

This matter having come before the Court on the parties' Joint Motion to Refer this Case to Mediation and Stay Discovery, it is hereby

**ORDERED** that the parties' Motion is hereby **GRANTED.** It is further

**ORDERED** that this matter is hereby referred to Magistrate Judge Kay for mediation. It is further

**ORDERED** that discovery in this matter is stayed pending the conclusion of mediation. It is further

**ORDERED** that, in the event the case does not settle, discovery shall close 30 days after the conclusion of mediation.

**SO ORDERED** on this ____ day of May, 2007.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE