UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA P. WEAL,
            Plaintiff,

    v.

MIKE JOHANNS, Secretary of
Agriculture,
            Defendant.

Civil Action No. 06-1830 (GK/AK)

## ORDER

The above-captioned case was referred to the undersigned by the Honorable Gladys

Kessler for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 21st day

of May, 2007, hereby

**ORDERED :**

1.    The lead attorney(s) for the parties shall appear before the undersigned, in

    chambers [ROOM 2333] on June 13, 2007 at 2:30 p.m.  The parties should attend

    the mediation, be available by telephone, or delegate settlement authority to

    counsel.

2.    The parties may submit confidential settlement statements in advance of the

    mediation but such statements are Not Required, and in most cases, they are

    unnecessary.

3.    If any attorney or party is unavailable on the date and at the time set forth above,

    the attorney shall notify the other attorney(s) in the cases as soon as possible to

    arrange a telephone conference call with chambers to select an alternative date and

    time.

4.      If the settlement conference must be rescheduled, the undersigned will require the

attorney with the scheduling conflict to confirm the new date and time in a letter

to the other attorneys and the Court.


_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE