UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
LINDA P. WEAL,                )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 06-1830 (GK)
                              )
MIKE JOHANNS,                 )
    Secretary of Agriculture, )
                              )
        Defendant.            )
_____)
```

### O R D E R

The Court has been advised by Magistrate Judge Alan Kay that this matter has settled. Accordingly, it is hereby

**ORDERED** that the parties shall file their stipulation of dismissal of the case, or shall inform the Court of any changes in the status of the case, **no later than July 16, 2007.**

June 14, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: attorneys on record via ECF